DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 441-4586

Attorney for Defendant WENDALL STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S-06-441-GEB |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** |
| v. | **Date: June 27, 200**<br>**Time**: 9:00 a.m. |
| WENDALL STEWART, | Judge: **GARLAND E. BURRELL, JR.** |
| Defendant. / | |

    It is hereby stipulated between the parties, Plaintiff United States of America, by and through Assistant United States Attorney JILL THOMAS, and Defendant WENDALL STEWART, through his attorney DANIEL M. DAVIS, as follows:

    It is agreed that the current Status Conference date of June 20, 2008 be vacated and a new Status Confernce date of June 27, 2008 be set.

    The continuance is necessary because Mr. Davis will not be available on June 20, 2008 and at least two of the co-defendants on this case also continued their status

conference on this case to the same date that is being requested herein.

For these reasons, the parties request a new Status Conference date, and that the time period from June 20, 2008 to and including June 27, 2008 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Respectfully submitted,

Dated: June 19, 2008     /s/ Jill Thomas
                         JILL THOMAS
                         Assistant U.S. Attorney

Dated: June 19, 2008     /s/ Daniel M. Davis
                         DANIEL M. DAVIS
                         Attorney for WENDALL STEWART

IT IS SO ORDERED:

6/19/08                  _____
                         GARLAND E. BURRELL, JR.
                         U.S. DISTRICT JUDGE