UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 3, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Wendell Stewart, ) <br> ) <br> Defendant. ) | Case No. 2:06-cr-441 GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Wendell Stewart__ Case 2:06-cr-441 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Secured bond in the amount of $200,000, secured by the equity in the real property owned by defendant's aunt, Ms. Torres

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) PTS conditions/supervision:

Issued at __Sacramento, CA__ on __7/3/08__ at __1:25 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge