1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for WENDELL STEWART,
5  Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR.S-06-441-GEB
                                  )
12           Plaintiff,           )  **STIPULATION AND ORDER MODIFYING**
                                  )  **CONDITIONS OF PRETRIAL RELEASE**
13      v.                        )
                                  )
14 WENDELL STEWART,               )
                                  )
15           Defendant.           )
                                  )
16 _____)

17

18     It is hereby stipulated and agreed by and between the parties

19 hereto, through their respective counsel, that the conditions of

20 pretrial release imposed on defendant Wendell Stewart on June 19, 2008,

21 by The Honorable Kimberly J. Mueller, United States Magistrate Judge,

22 shall be modified to include the following, additional condition as

23 requested by the Pretrial Services Officer:

24     The defendant shall participate in a cognitive behavioral

25     treatment program as directed by the Pretrial Services Officer.

26     Such program may include group sessions led by a counselor or

27     participation in a program administered by the Pretrial Services

28     Officer.

-1-

1  Dated: January 20, 2010              /s/ Candace A. Fry
2                                       CANDACE A. FRY, Attorney for
                                        WENDELL STEWART, Defendant
3

4  Dated: January 20, 2010              BENJAMIN WAGNER
                                        United States Attorney
5
                                    By   /s/ Candace A. Fry for
6                                       JILL THOMAS, Assistant
                                        United States Attorney
7
                                        (Signed for Ms. Thomas with
8                                       her prior authorization)

9

10                          **O R D E R**

11

12 IT IS SO ORDERED.

13 Dated: January 21, 2010.

_____
U.S. MAGISTRATE JUDGE

-2-