JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al,<br><br>Defendants. | No. CR-S-06-0441 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date:  April 22, 2011<br>Time:  9:00 a.m.<br>Judge:  Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for April 8, 2011 be **continued to April 22, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the continuance is requested to allow  more time for defense preparation and possible negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 22, 2011.

1  IT IS SO STIPULATED.

2  Dated: March 30, 2011                              /s/ John R. Manning
3                                                    JOHN R. MANNING
                                                     Attorney for Defendant
4                                                    Ricardo Venegas

5  Dated: March 30, 2011                              /s/ Candace A. Fry
6                                                    CANDACE A. FRY
                                                     Attorney for Defendant
7                                                    Wendell Stewart

8  Dated: March 30, 2011                              /s/ Edward C. Bell
9                                                    EDWARD C. BELL
                                                     Attorney for Defendant
10                                                   Isauro Jauregui Catalan

11

12 Dated: March 30, 2011                             Benjamin B. Wagner
                                                    United States Attorney
13
                                             by:    /s/ Jill M. Thomas
14                                                  JILL M. THOMAS
                                                    Assistant U.S. Attorney
15

2

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al.,<br><br>    Defendants. | ) No. CR-S-06-0441 GEB<br>)<br>)<br>) [PROPOSED] ORDER TO<br>)  CONTINUE STATUS CONFERNCE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, it is hereby ordered that the April 8, 2011 status conference be continued to April 22, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to April 22, 2011.

IT IS SO ORDERED.

**Date:  4/1/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

3