JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al,<br><br>  Defendants. | No. CR-S-06-0441 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date:  May 20, 2011<br>Time:  9:00 a.m.<br>Judge:  Honorable Garland E. Burrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for April 22, 2011 be **continued to May 20, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

   Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the continuance is requested to allow more time for defense preparation and possible negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, May 20, 2011.

1  IT IS SO STIPULATED.

2  Dated: April 19, 2011                              /s/  John R. Manning
3                                                    JOHN R. MANNING
                                                     Attorney for Defendant
4                                                    Ricardo Venegas

5  Dated: April 19, 2011                              /s/  Candace A. Fry
6                                                    CANDACE A. FRY
                                                     Attorney for Defendant
7                                                    Wendell Stewart

8  Dated: April 19, 2011                              /s/  Edward C. Bell
9                                                    EDWARD C. BELL
                                                     Attorney for Defendant
10                                                   Isauro Jauregui Catalan

11

12 Dated: April 19, 2011                             Benjamin B. Wagner
                                                    United States Attorney
13
                                              by:   /s/ Jill M. Thomas
14                                                  JILL M. THOMAS
                                                    Assistant U.S. Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al.,<br><br>    Defendants. | ) No. CR-S-06-0441 GEB<br>)<br>)<br>) [PROPOSED] ORDER TO<br>)  CONTINUE STATUS CONFERNCE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, it is hereby ordered that the April 22, 2011 status conference be continued to May 20, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to May 20, 2011.

IT IS SO ORDERED.

_____
GARLAND E. BURRELL, JR.
United States District Judge

3