JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0441 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | [PROPOSED ORDER] CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| WENDALL STEWART, et al, | ) | Date: July 22, 2011 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Honorable Garland E. Burrell, Jr. |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for May 20, 2011 be **continued to July 22, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

    Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the continuance is requested to allow more time for defense preparation and possible negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, July 22, 2011.

IT IS SO STIPULATED.

Dated: May 17, 2011                                  /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Ricardo Venegas

Dated: May 17, 2011                                  /s/  Candace A. Fry
                                                     CANDACE A. FRY
                                                     Attorney for Defendant
                                                     Wendell Stewart

Dated: May 17, 2011                                  /s/  Edward C. Bell
                                                     EDWARD C. BELL
                                                     Attorney for Defendant
                                                     Isauro Jauregui Catalan

Dated: May 17, 2011                                  Benjamin B. Wagner
                                                     United States Attorney

                                              by:    /s/ Jill M. Thomas
                                                     JILL M. THOMAS
                                                     Assistant U.S. Attorney

2

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-0441 GEB |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER TO |
| WENDALL STEWART, et al., | ) CONTINUE STATUS CONFERNCE |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the May 20, 2011 status conference be continued to July 22, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to July 22, 2011.

IT IS SO ORDERED.

**Date:  5/18/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge