JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al,<br><br>    Defendants. | No. CR-S-06-0441 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: September 30, 2011<br>Time: 9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for September 2, 2011 be **continued to September 30, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be under meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the continuance is requested to allow more time for defense preparation and possible

negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, September 30, 2011.

IT IS SO STIPULATED.

Dated: August 31, 2011     /s/ John R. Manning
                           JOHN R. MANNING
                           Attorney for Defendant
                           Ricardo Venegas

Dated: August 31, 2011     /s/ Candace A. Fry
                           CANDACE A. FRY
                           Attorney for Defendant
                           Wendell Stewart

Dated: August 31, 2011     /s/ Edward C. Bell
                           EDWARD C. BELL
                           Attorney for Defendant
                           Isauro Jauregui Catalan

Dated: August 31, 2011     Benjamin B. Wagner
                           United States Attorney

                     by:   /s/ Jill M. Thomas
                           JILL M. THOMAS
                           Assistant U.S. Attorney

```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) No. CR-S-06-0441 GEB
                                      )
       Plaintiff,                     )
                                      ) [PROPOSED] ORDER TO
                                      )  CONTINUE STATUS CONFERNCE
v.                                    )
                                      )
WENDALL STEWART, et al.,              )
                                      )
       Defendants.                    )
                                      )
                                      )
                                      )

GOOD CAUSE APPEARING, it is hereby ordered that the September 2, 2011 status conference be continued to September 30, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to September 30, 2011. IT IS SO ORDERED.

Dated: September 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge