JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WENDALL STEWART, et al,<br><br>　　　　Defendants. | No. CR-S-06-0441 GEB<br><br>STIPULATION AND<br>ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date: November 4, 2011<br>Time: 9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Vigilio Pineda, David D. Fischer, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for September 30, 2011 be **continued to November 4, 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

　　　Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be under meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation,

specifically the continuance is requested to allow more time for defense preparation and possible negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, November 4, 2011.

IT IS SO STIPULATED.

Dated: September 21, 2011  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Ricardo Venegas

Dated: September 21, 2011  /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
Vigilio Pineda

Dated: September 21, 2011  /s/ Candace A. Fry
CANDACE A. FRY
Attorney for Defendant
Wendell Stewart

Dated: September 21, 2011  /s/ Edward C. Bell
EDWARD C. BELL
Attorney for Defendant
Isauro Jauregui Catalan

Dated: September 21, 2011  Benjamin B. Wagner
United States Attorney

by:  /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WENDALL STEWART, et al.,

    Defendants.

No. CR-S-06-0441 GEB

ORDER TO CONTINUE STATUS CONFERNCE

GOOD CAUSE APPEARING, it is hereby ordered that the September 30, 2011 status conference be continued to November 4, 2011 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to November 4, 2011.

IT IS SO ORDERED.

_____
GARLAND E. BURRELL, JR.
United States District Judge