JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0441 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED ORDER] CONTINUING STATUS CONFERENCE |
| v. | |
| WENDALL STEWART, et al, | Date:  January 13, 2012 Time:  9:00 a.m. Judge:  Honorable Garland E. Burrell, Jr. |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Vigilio Pineda, David D. Fischer, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for November 4, 2011 be **continued to January 13, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be under meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation,

specifically the continuance is requested to allow  more time for defense preparation and possible

negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the

filing of the order until the date of the status conference, January 13, 2012.

IT IS SO STIPULATED.

Dated:  November 1, 2011                                    /s/  John R. Manning
                                                           JOHN R. MANNING
                                                           Attorney for Defendant
                                                           Ricardo Venegas

Dated: November 1, 2011                                    /s/  David D. Fischer
                                                           DAVID D. FISCHER
                                                           Attorney for Defendant
                                                           Vigilio Pineda

Dated: November 1, 2011                                    /s/  Candace A. Fry
                                                           CANDACE A. FRY
                                                           Attorney for Defendant
                                                           Wendell Stewart

Dated: November 1, 2011                                    /s/  Edward C. Bell
                                                           EDWARD C. BELL
                                                           Attorney for Defendant
                                                           Isauro Jauregui Catalan

Dated: November 1, 2011                                    Benjamin B. Wagner
                                                           United States Attorney

                                         by:    /s/ Jill M. Thomas
                                                           JILL M. THOMAS
                                                           Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-0441 GEB |
| | ) |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER TO |
| v. | )  CONTINUE STATUS CONFERNCE |
| | ) |
| WENDALL STEWART, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the November 4, 2011 status conference be continued to January 13, 2012 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to January 13, 2012.

IT IS SO ORDERED.

**Date:  11/7/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge